FILED: April 7, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-134
(1:13-cr-00005-JPJ-1)
_____

In re: DAVID LEE HUGGARD

    Movant

_____

O R D E R
_____

Upon consideration of the motion for authorization under 28 U.S.C. §§ 2244, 2255(h) to file a successive motion to vacate under 28 U.S.C. § 2255, the court grants the motion to file the proposed 28 U.S.C. § 2255 motion in the district court.

Entered at the direction of the panel: Judge Wynn, Judge Diaz and Judge Heytens.

    For the Court

    /s/ Patricia S. Connor, Clerk