## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | Case No. 1:13CR00005 |
| ) | |
| v.  ) | **ORDER** |
| ) | |
| **DAVID LEE HUGGARD,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant.  ) | |

The defendant received authorization from the court of appeals on the basis of 28 U.S.C. § 2244 and 28 U.S.C. § 2255(h) to file in this court a successive motion to vacate under 28 U.S.C. § 2255. Corrected Order, No. 22-134 (4th Cir. Apr. 7, 2022). The defendant contends in his motion that there is newly discovered evidence that establishes his innocence.

Section 2255(h) provides that a second or successive motion under § 2255 may be authorized by the court of appeal if it contains "newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense." 28 U.SC. § 2255(h)(1). To obtain such authorization, the applicant need not definitely show that he will prevail on his claim, but he must "make[ ] a *prima facie* showing that the application satisfies the

requirements." *In re Thomas*, 988 F.3d 783, 788 (4th Cir. 2021) (alterations in original) (citing 28 U.S.C. § 2244(b)(3)(C)).

While the government has moved to dismiss the defendant's § 2255 motion, I find that in light of the finding by the court of appeals that the motion satisfies a prima facie case, I should under the circumstances deny the motion to dismiss without prejudice and appoint counsel and schedule an evidentiary hearing on the motion.

Accordingly, it is **ORDERED** as follows:

1. United States' Motion to Dismiss, ECF No. 131, is DENIED without prejudice;

2. The Clerk shall arrange for the appointment of counsel from the court's CJA panel to represent the defendant as to this § 2255 motion;

3. Following appointment of counsel, the Clerk shall schedule an evidentiary hearing. The United States shall arrange for the personal presence of the defendant at the hearing; and

4. The Clerk shall send a copy of this Order to the defendant.

ENTER: July 8, 2022

/s/ JAMES P. JONES
Senior United States District Judge