IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Case No. 1:13CR0005 |
| v. ) | |
| ) | |
| ) | |
| DAVID L. HUGGARD ) | |

## NOTICE OF APPEARANCE

Arin Melissa Brenner, Esquire, Assistant Federal Public Defender, hereby notes her appearance as counsel for the above-referenced defendant on behalf of the Office of the Federal Public Defender.

                         Respectfully submitted,

                         By: /s/*Arin Melissa Brenner*
                         Arin Melissa Brenner
                         Assistant Federal Public Defender
                         New York Bar # 4990974
                         Counsel for the defendant

OFFICE OF THE FEDERAL PUBLIC DEFENDER
  FOR THE WESTERN DISTRICT OF VIRGINIA
210 First Street, SW, Suite 400
Roanoke, Virginia 24011
(540) 777-0880

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2022, I electronically filed and thus served the foregoing Notice on the Office of the United States Attorney for the Western District of Virginia.

/s/*Arin Melissa Brenner*
Arin Melissa Brenner